An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

UPONOR INC.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF CLARK
AND THE HONORABLE SUSAN
JOHNSON, DISTRICT JUDGE,
Respondents,
and
DESERT PINE VILLAS HOMEOWNERS
ASSOCIATION, A NEVADA NON-
PROFIT CORPORATION,
Real Party in Interest.

No. 60797

**FILED**

APR 2 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING PETITION
### FOR WRIT OF MANDAMUS OR PROHIBITION

On April 23, 2013, counsel for petitioner filed a notice, which we construe as a motion, seeking to voluntarily withdraw the petition for a writ of mandamus or prohibition, indicating that the parties have reached a settlement of the underlying district court case. Having considered the motion, we grant it and dismiss this petition. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.

13-12368

cc:    Hon. Susan Johnson, District Judge
Grotefeld, Hoffman, Schleiter, Ochoa & Gordon
Bremer Whyte Brown & O'Meara, LLP
Kemp, Jones & Coulthard, LLP
Carraway & Associates
Robert C. Maddox & Associates/Reno
Canepa Riedy & Rubino
Lynch, Hopper & Salzano, LLP
Maddox, Isaacson & Cisneros, LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A